UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNIE HARDY, JR.** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 20-565-JWD-RLB** |
| **SAVAGE SERVICES CORPORATION, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 26) dated March 26, 2021, to which no objection was filed,

**IT IS ORDERED** that the Motion to Remand (Doc. 13) filed by Plaintiff, Johnnie Hardy, Jr., is DENIED.

Signed in Baton Rouge, Louisiana, on <u>April 15, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**