UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNIE HARDY, JR., §<br>    *Plaintiff* §<br> §<br>vs. §<br> §<br>SAVAGE SERVICES CORPORATION; §<br>SAVAGE INDUSTRIAL RAIL §<br>SERVICES, INC.; SASOL §<br>CHEMICALS (USA) LLC; and ABC §<br>INSURANCE COMPANIES 1 – 3 §<br>    *Defendants* § | Civil Action No. 3:20-cv-565-JWD-RLB |

**STATEMENT OF MATERIAL FACTS SUPPORTING
MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS,
SAVAGE SERVICES CORPORATION AND
SAVAGE INDUSTRIAL RAIL SERVICES, INC.**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, SAVAGE SERVICES CORPORATION and SAVAGE INDUSTRIAL RAIL SERVICES, INC. (the "Savage Defendants"), present their Statement of Material Facts, contending that there is no genuine issue to be tried against the Savage Defendants:

1. Plaintiff, Johnnie Hardy, Jr. ("Plaintiff"), filed a FELA claim against the Savage Defendants in the Civil District Court for the Parish of East Baton Rouge in the State of Louisiana, Docket No. C-698547, Division 22, on August 4, 2020, and also sued Sasol Chemicals (USA) LLC ("Sasol") for negligence. [R. Doc. 1-1; 1-3].

2. The Savage Defendants and Sasol timely removed this case to this Court on August 31, 2020 [R. Doc. 1].

3. Plaintiff filed a Motion to Remand the case back to state court on September 30, 2020 [R. Doc. 13].

1

4. The Savage Defendants and Sasol filed a Response to the Motion to Remand on October 21, 2020, contending the Savage Defendants and any Savage entity were not a common carrier by railroad, and thus, not a FELA employer, and the FELA claim was improperly joined [R. Doc. 18].

5. This Court found that the Savage Defendants and any Savage entity were not common carrier employers for purposes of liability under FELA; they were not common carriers by railroad [R. Doc. 26 and Doc. 28]. Remand was denied.

6. The Savage Defendants were not employers at all with respect to the Plaintiff [Exhibit A attached (Declaration of Edward Lee); Exhibit B attached (Deposition of Johnnie Hardy, Jr., March 31, 2021, pg. 103-104, ln. 25, and ln. 1 – 10); and Exhibit C attached (documents produced by Plaintiff 000020 – 000022, showing Savage Transportation Management, Inc., as the true employer of Plaintiff)].

7. Since no Savage entity is a common carrier by railroad, it is not a FELA employer of Plaintiff. There is no FELA claim against the Savage Defendants or Savage Transportation Management, Inc. No Savage employer can be sued because of the Louisiana Workers Compensation bar. *Nielsen v. Graphic Packaging International, Inc., et al*, 469 Fed. App'x 305. 307 (2012); La. Rev. Stat. § 23:1032, "an employee injured in an accident while in the course and scope of his employment is generally limited to the recovery of workers compensation benefits as his exclusive remedy." *St. Angelo v. United Scaffolding, Inc./X-Serv., Inc.*, 40 So.3d 365, 368 (La. Ct. App. 2010), all writs den'd, 45 So.3d 1082 (2010).

8. No negligence cause of action can exist against the Savage Defendants because no duty existed [Exhibit A attached (Declaration of Edward Lee, stating that the Savage Defendants had nothing to do with the Sasol plant)].

9. Factual discovery has been closed in this case as of August 6, 2021 [R. Doc. 20, Item 3].

Summary judgment should be granted for the Savage Defendants and any Savage entity.

Dated: August 13, 2021.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION

By: */s/ Todd G. Crawford*
Todd G. Crawford – LSB #20150
Pan-American Life Center
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
PH:   (504) 568-1990
FAX:  (504) 310-9195
tcrawford@lawla.com

Michael W. McCoy – TSB #13471850
801 Travis Street, Suite 1800
Houston, Texas 77002
PH:   (713) 222-1990
FAX:  (713) 222-1996
mmccoy@lawla.com

COUNSEL FOR SAVAGE SERVICES CORPORATION AND SAVAGE INDUSTRIAL RAIL SERVICES, INC.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of the foregoing has been forwarded to all known counsel of record by CM/ECF.

New Orleans, Louisiana this 13th day of August, 2021.

*/s/ Todd G. Crawford*
Todd G. Crawford