# EXHIBIT C

# CERIDIAN

| | |
|---|---|
| Employer Name: | Savage Transportation Management Inc |
| Employer Phone: | 8019462525 |
| Employer Address: | Subsidiary of Savage Enterprises, LLC<br>901 W Legacy Center Way<br>Midvale, UT 84047 |

| | |
|---|---|
| Employee Name: | Johnnie R Hardy Jr |
| Employee #: | 56882 |
| Employee Address: | 945 Beulah St<br>P.O. Box 1903<br>Sulphur, LA 70663 |
| Position: | Industrial Rail - Switchman |
| Site: | Sasol Westlake |

| | |
|---|---|
| Pay Date: | 5/1/2020 |
| Pay Period: | 4/12/2020 - 4/25/2020 |
| Deposit Advice #: | 317653528 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 20.0000 |
| Federal Filing Status: | Single |
| Federal It/Extra: | No |
| Withholding: | |
| State Filing Status: | (LA) |
| State Exemptions: | (LA) |

| | Current 4/12/2020 - 4/25/2020 | | | YTD As of 4/25/2020 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| | 93.4200 | | $1,883.60 | 358.0700 | $7,422.10 |
| Holiday | 12.0000 | 20.0000 | $240.00 | 12.0000 | $240.00 |
| Overtime | 1.4200 | 30.0000 | $42.60 | 26.0700 | $782.10 |
| Hourly Pay | 80.0000 | 20.0000 | $1,600.00 | 320.0000 | $6,400.00 |
| **Pre-Tax Deductions** | | | $191.89 | | $575.67 |
| Medical | | | $168.00 | | $504.00 |
| Dental | | | $17.00 | | $51.00 |
| Vision | | | $6.89 | | $20.67 |
| **Taxes** | | | $324.68 | | $1,324.00 |
| Fed W/H | | | $138.06 | | $565.69 |
| FICA EE | | | $104.83 | | $424.48 |
| Fed MWT EE | | | $24.51 | | $99.27 |
| LA W/H | | | $17.28 | | $234.56 |
| **Post-Tax Deductions** | | | $82.04 | | $246.12 |
| Supp Life | | | $30.72 | | $92.16 |
| Child Life | | | $0.56 | | $1.68 |
| Supp ADD | | | $2.40 | | $7.20 |
| Short Term Dis | | | $18.55 | | $55.65 |
| ALTD | | | $4.80 | | $14.40 |
| Hosp Indem | | | $16.19 | | $48.57 |
| Accident Ins | | | $8.82 | | $26.46 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,283.99 | | $5,276.31 |
| Direct Deposit | 065204249 | XXX5059 | $1,283.99 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| PTO Balance: | | 6.15 Hours | PTO Accrued: | | 1.54 Hours |

Page 1 of 1

C
CERIDIAN

Johnnie Hardy 000020



Johnnie Hardy 000021

**CERIDIAN**

| Employee Name: | Johnnie R Hardy Jr. | Pay Date: | 4/3/2020 |
| Employee #: | 55682 | Pay Period: | 3/15/2020 - 3/28/2020 |
| Employee Address: | 945 Beulah St | Deposit Advice #: | 312302749 |
| | P.O. Box 1903 | Pay Frequency: | Bi-Weekly |
| | Sulphur, LA 70663 | Pay Rate: | 30.0000 |
| Position: | Industrial Rail - Switchman | Federal Filing Status: | Single |
| Site: | Sasol Westlake | Federal So/Extra Withholding: | No |
| | | State Filing Status: | LA |
| | | State Exemptions: | LA |

| Employer Name: | Savage Transportation Management Inc |
| Employer Phone: | 8015440535 |
| Employer Address: | Subsidiary of Savage Enterprises, LLC |
| | 901 W Legacy Center Way |
| | Midvale, UT 84047 |

| | Current 3/15/2020 - 3/28/2020 | | | YTD As of 3/28/2020 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| | 83.3200 | | $1,592.80 | 175.4700 | $3,754.10 |
| Earnings | | | | | |
| Overtime | 3.3200 | 30.0000 | $99.60 | 15.4700 | $464.10 |
| Hourly Pay | 80.0000 | 20.0000 | $1,600.00 | 160.0000 | $3,200.00 |
| | | | $191.89 | | $191.89 |
| Pre-Tax Deductions | | | | | |
| Medical | | | $108.00 | | $108.00 |
| Dental | | | $17.00 | | $17.00 |
| Vision | | | $6.89 | | $6.89 |
| | | | $281.59 | | $697.34 |
| Taxes | | | | | |
| Fed W/H | | | $118.10 | | $301.34 |
| FICA EE | | | $93.45 | | $200.98 |
| Fed MWT EE | | | $21.86 | | $51.65 |
| LA W/H | | | $50.18 | | $123.79 |
| | | | $82.04 | | $82.04 |
| Post-Tax Deductions | | | | | |
| Supp Life | | | $30.72 | | $30.72 |
| Child Life | | | $0.56 | | $0.56 |
| Supp AD/D | | | $2.40 | | $2.40 |
| Short Term Dis | | | $18.50 | | $18.50 |
| ALTD | | | $4.80 | | $4.80 |
| Hosp Indem | | | $15.19 | | $15.19 |
| Accident Ins | | | $9.82 | | $9.82 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| | | | $1,144.06 | | $2,792.83 |
| Net Pay | | | | | |
| Direct Deposit | 065204249 | XXX5059 | $1,144.08 | | |

**Accruals & Balances**
PTO Balance: 3.08 Hours, PTO Accrued: 1.54 Hours

**C CERIDIAN**

Johnnie Hardy 000022