# EXHIBIT D



**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
801 TRAVIS STREET | SUITE 1800 | HOUSTON, TEXAS 77002
TELEPHONE: 713.222.1990 | FACSIMILE: 713-222-1996

TODD G. CRAWFORD

Email: tcrawford@lawla.com

April 14, 2021

Ben Bireley
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007

RE: Civil Action No. 3:20-cv-00565; *Johnnie Hardy, Jr. v. Savage Services Corporation; Savage Industrial Rail Services, Inc.; and Sasol Chemicals (USA) LLC*; in the United States District Court for the Middle District of Louisiana.

Dear Ben:

As you are aware, the Honorable Richard L. Bourgeois, Jr., the United States Magistrate Judge on this matter, recommended in his Report and Recommendation dated March 26, 2021, that Plaintiff's Motion to Remand be denied because no Savage entity was or could be a common carrier for purposes of FELA [R. Doc. 26].

We have previously advised that neither Savage Services Corporation nor Savage Industrial Rail Services, Inc. employed Mr. Hardy. In fact, we filed a Motion for Summary Judgment on the issue. You objected to the motion as premature, suggesting you wanted to conduct discovery on the issue. To date, no such discovery has been conducted. When we deposed Mr. Hardy, he said he did not know who he was employed by. Again, his actual employer was Savage Transportation Management, Inc., as specified in various affidavits we have filed in this matter.

We are hereby offering you the opportunity to conduct any discovery as to the true employer of your client, which we again state was Savage Transportation Management, Inc., as well as any alleged relationship between that entity, Savage Services Corporation and Savage Industrial Rail Services, Inc. Any such discovery you wish to attempt to show that Savage Transportation Management, Inc., was a common carrier, needs to be undertaken as well, ideally within the next thirty (30) days. I would think at least some of this could be accomplished with written discovery, but if you want to conduct a corporate deposition, please advise. We plan on filing an Answer for Savage Transportation Management, and then we plan on filing a Motion for Summary Judgment that no Savage entity could ever constitute FELA employers of your client because they are not common carriers, and any such suit is thus barred by the Louisiana Worker's Compensation Statutes.

Ben Bireley
April 14, 2021
Page 2

    Please let us know in the next thirty (30) days if you care to participate in any discovery in that regard.

Very truly yours,

Todd G. Crawford

TGC/mwm



**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
801 TRAVIS STREET │ SUITE 1800 │ HOUSTON, TEXAS 77002
TELEPHONE:  713.222.1990 │ FACSIMILE:  713-222-1996

TODD G. CRAWFORD                                                                                 Email: tcrawford@lawla.com

June 1, 2021

Ben Bireley
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007

RE:   Civil Action No. 3:20-cv-00565; *Johnnie Hardy, Jr. v. Savage Services Corporation; Savage Industrial Rail Services, Inc.; and Sasol Chemicals (USA) LLC*; in the United States District Court for the Middle District of Louisiana.

Dear Ben:

We wrote to you on April 14, 2021, regarding the Report and Recommendation dated March 26, 2021, by the Honorable Richard L. Bourgeois, Jr., the United States Magistrate Judge on this matter, that your Motion for Remand be denied.  The following day, on April 15, 2021, United States District Court Judge John W. de Gravelles also ordered that the Motion to Remand filed on behalf of your client was denied, adopting the Magistrate's Report and Recommendation.

We invited you to do discovery if you wanted.  Since we are planning to file a Motion for Summary Judgment in the next ten (10) days or so, we wanted to again extend the invitation to let us know if you would like to do discovery in the next thirty (30) days.

Thank you.

Very truly yours,

LUGENBUHL

Todd G. Crawford

TGC/mwm