UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Johnnie Hardy, Jr.    * | |
|     *Plaintiff,*    * | |
|     * | |
| vs.    * | Civil Action No. 3:20-CV-00565- |
|     * | JWD-RLB |
| Savage Services Corporation;    * | |
| Savage Industrial Rail Services, Inc.;    * | |
| Sasol Chemicals (USA) LLC; and    * | |
| ABC Insurance Companies 1-3    * | |
|     *Defendants.*    * | |

## **SASOL CHEMICAL (USA) LLC'S MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT**

1. Sasol Chemical (USA) LLC (Sasol) moves for an order granting summary judgment against Plaintiff Johnnie Hardy, Jr.

2. Plaintiff filed this negligence suit against Sasol and two Savage companies alleging injury while working for another non-party Savage company at a wash rack used to clean railroad cars. Hardy alleges a filter tank failed / exploded and he was struck with water.

3. Summary Judgment is proper in this case because there is no genuine dispute of material fact and because Sasol is entitled to judgment as a matter of law. Specifically, Hardy was not employed by Sasol and was not under the supervision and control of Sasol. Hardy was employed by a non-party Savage company that was solely responsible for the use and maintenance of the filter tank. Sasol was not involved in any part of the operation at the wash rack where he claims injury, did not maintain the equipment at the wash rack nor was Sasol aware of any defect with the filter tank which is alleged to have caused injury.

4. This motion is based on the attached Statement of Material Facts, Memorandum in Support of Summary Judgment, the attached summary judgment evidence, and all pleadings and papers on file.

Respectfully submitted,

DAVIDSON, MEAUX, SONNIER, MCELLIGOTT, FONTENOT, GIDEON & EDWARDS

*/s/ Kyle L. Gideon*
Kyle L. Gideon, #14288
John E. McElligot, JR., #13822
810 South Buchanan Street
P. O. Box 2908
Lafayette, LA 70502-2908
Telephone: (337) 237-1660
Facsimile: (337) 237-3676
Email: kgideon@davidsonmeaux.com
Email: jmcelligott@davidsonmeaux.com

Douglas W. Poole
MCLEOD, ALEXANDER, POWEL & APFFEL
802 Rosenberg
P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155
Email: dwpoole@mapalaw.com

***Counsel for Sasol Chemicals (USA) LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record on this 8th day of November, 2021 in accordance with the Federal Rules of Civil Procedure.

*/s/ Kyle L. Gideon*